UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                          )          BK No.:    20-07475
Amy M Vincent                                   )
                                                )
                                                )          Chapter:  13
                                                )          Honorable A. Benjamin Goldgar
                                                )
                                                )          Lake County
                        Debtor(s)               )

## ORDER DENYING AS UNNECESSARY
## MOTION TO AUTHORIZE LOAN MODIFICATION

This matter coming before the court on June 25, 2021, on the Debtor's Motion to Authorize Loan Modification, due notice having been given, and the Court being full advised,

IT IS HEREBY ORDERED:

The motion is denied as unnecessary.  Court approval is not required.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  June 25, 2021